




**FILED**

DEC - 8 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Actual Notice Fiduciary Appointment to the Office of the Clerk

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CONSENTING PARTIES:

**Judgment Libellants/Creditors:** BBYW Holdings LLC, Bona Fide Encumbrancer, et. al. Contracted Merchant Seamen Autochthonous Heirs in "Exhibit A"

**Judgment Respondents/Debtors:** U.S. Flag Carrier 67-209407, et al. Letters Patent Ownership Holders in "Exhibit A"

File No. CV-21 80273-MISC.AGT

CONSENT DECREE

CONTRACT RATIFICATION

   This certifies that every Judgment Libellant/Creditor and Judgment Respondent/Debtor identified in the attached exhibits, agree by contract to the executed Foreign Consent Decree / Foreign Judgment ordering the immediate arrest of each Registered Title Holders U.S. Flag Carrier Vessel and Res, and every minor child, now held in exclusive Tribal Judicial Custody of BBYW Holdings LLC, and the protection of Yahweh. Further Parties agree to the immediate return of pillaged corporal and incorporeal property identified, by holders as abandoned, or captured being contraband held in contempt against treaty obligations. Parties order the immediate release and return to BBYW Holdings LLC custody the following minor children: KEVIN PAUL WOODRUFF JR., Selective Service # 88-1975001-2, Jail Booking # BFS817; JESUS JERARDO FLORES Selective Service # 80-1585337-01; JONATHAN KENDRICK BROOK Selective Service # 92-0064906-0 BODY Held as SURETY in the custody ALAMEDA COUNTY, STATE OF CALIFORNIA; STATE OF NEBRASKA; AND STATE OF GEORGIA, in violation against the laws of war, to violate a safe guard and breech the Treaty of Friendship and Peace Article 3 by unlawful detainment of Ipso Jure Moor's operating in the Kingdom of God, united in the Anointed Order By Melchizedek in Christ; for immediately removal and release from custody bondage.

I, Yolanda Lewis, Managing Member to BBYW Holdings LLC certify the contents herein to be true and correct by first hand knowledge, and do affirm these facts to be the truth the whole truth and nothing but the truth so help me Yahweh.

Dated: 11-8-2021

Yolanda Lewis, Managing Member
BBYW HOLDINGS LLC